IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| JANIE RIVAS, et al. | § |
| | § |
| v. | §  CIVIL ACTION NO. G-96-493 |
| | § |
| MONSANTO COMPANY, et al. | § |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 25th day of May, 2005.

_____
Samuel B. Kent
United States District Judge